MITCHELL D. GLINER, ESQ.
Nevada Bar #3419
3017 West Charleston Blvd., #95
Las Vegas, Nevada 89102
702-870-8700
702-870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRENDA J. BYRD

    Plaintiff,

v.

WELTMAN, WEINBERG &
REIS CO., LPA,

    Defendant.

CASE NO. 2:11-cv-01938-JCM-PAL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice as to Defendant, each party to bear their costs and attorney's fees.

DATED: February 29, 2012                           April 9, 2012

MITCHELL D. GLINER, ESQ.                           KOLESAR & LEATHAM

/s/ Mitchell D. Gliner                             Robert J. Caldwell
MITCHELL D. GLINER, ESQ.                           ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 003419                              Nevada Bar No. 007637
3017 W. Charleston Blvd. # 95                      E. DANIEL KIDD, ESQ.
Las Vegas, Nevada 89102                            Nevada Bar No. 010106
Attorney for Plaintiff                             400 S. Rampart Blvd., #400
                                                   Las Vegas, NV 89145
                                                   Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 5, 2012